## MOTION DOCKET

**87-1159.** State v. Van Hook. *Hamilton County,* No. C-850565. On motion for stay. Stay granted.

**88-1507.** State v. Wright. *Montgomery County,* No. 10393. On motion for leave to file *amicus* and request for extension of time of Ohio Public Defender. Motion granted.

Moyer, C.J., and Resnick, J., dissent.

**88-1516.** Crosby v. Beam. *Lucas County,* No. L-87-198. On motion for leave to file *amicus* of Van Voorhis, Lococo and Funtime, Inc. Motion granted.

Moyer, C.J., dissents.

H. Brown and Resnick, JJ., not participating.

**88-1906.** Downing v. Downing. *Allen County,* No. 1-88-43. On motion to show cause. Motion denied.

**88-2163.** In re Adoption of Charles B. *Licking County,* No. CA-3382. On motion of American Civil Liberties Union for leave to file *amicus.* Motion granted.

**88-2178.** Morris v. Conant. *Lake County,* No. 12-270. On motion for leave to supplement memorandum. Motion granted.